SAM HIRSCH
Acting Assistant Attorney General
Environment and Natural Resources Division

E. BARRETT ATWOOD (CA Bar No. 291181;
DC Bar No. 478539)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
301 Howard St. Ste. 1050
San Francisco, CA 94105
Tel:  (415) 744-6480/Fax:  (415) 744-6476
Email:  barrett.atwood@usdoj.gov

WILLIAM J. SHAPIRO (CO Bar No. 30929)
Senior Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, CA 95814
Tel:  (916) 930-2207/Fax:  (916) 930-2210
Email:  william.shapiro@usdoj.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| JAMES BURNEY AND KATHERINE F. BURNEY, AS TRUSTEES OF THE BURNEY FAMILY TRUST DATED MAY 29, 1990,<br><br>Plaintiffs,<br><br>v.<br><br>SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, *et al*.,<br><br>Defendants. | Case No. 2:13-cv-02586-MCE-CKD<br><br>**STIPULATION RE: EXTENSION OF TIME TO FILE REPLY BRIEF AND REQUEST TO RESCHEDULE HEARING AND ORDER** |

Plaintiffs James Burney and Katherine F. Burney, as Trustees of the Burney Family Trust dated May 29, 1990 ("Plaintiffs"), and Defendants the United States of America, the United States Department of the Interior, and the Secretary of the Interior, in her official capacity, ("Defendants"), having conferred through undersigned counsel, respectfully submit this Stipulation and [Proposed] Order to:  (1) extend the time for Defendants to file their reply brief in response to Plaintiffs' Opposition to Motion to Dismiss Amended Complaint (ECF No. 15) by seven (7) days to and including August 7, 2014; and (2) respectfully request the Court to reschedule the hearing presently noticed for 2 p.m. on August 7, 2014, to a date and time to be determined by the Court.

Accordingly, Plaintiffs and Defendants respectfully request that this Court approve this Stipulation through the [Proposed] Order below.

Dated:  July 25, 2014

LAW OFFICES OF MARK A. WASER

/s/Mark A. Wasser
MARK A. WASSER
400 Capitol Mall, Suite 2640
Sacramento, California 95814
Phone:  (916) 444-6400
Fax:  (916) 444-6405
Email:  mwasser@markwasser.com

Attorneys for Plaintiffs

Respectfully submitted,

SAM HIRSCH
Acting Assistant Attorney General
Environment and Natural Resources Division

/s/ E. Barrett Atwood
E. BARRETT ATWOOD (CA Bar No. 291181; DC Bar No. 478539)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
301 Howard St. Ste. 1050
San Francisco, CA 94105
Tel: (415) 744-6480/Fax: (415) 744-6476
Email:  barrett.atwood@usdoj.gov

WILLIAM J. SHAPIRO (CO Bar No. 30929)

Senior Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, CA 95814
Tel:  (916) 930-2207/ Fax:  (916) 930-2210
Email:  william.shapiro@usdoj.gov

Attorneys for Defendant

## ORDER

Good cause having been shown, the Stipulation is APPROVED.  The Court reschedules the hearing noticed for 2 p.m. on August 7, 2014, to August 21, 2014, at 2:00 p.m.

IT IS SO ORDERED.

Dated:  July 28, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT