UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JAMES BURNEY AND KATHERINE F. BURNEY, AS TRUSTEES OF THE BURNEY FAMILY TRUST DATED MAY 29, 1990, <br><br> Plaintiffs, <br> v. <br><br> SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, <br><br> Defendant. | No.  2:13-cv-02586-MCE-CKD <br><br> **ORDER** |
|---|---|

On October 7, 2014, an Order of this Court was electronically filed granting in Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint. See ECF No. 20. The Court made clear, however, that if no amended complaint was filed within twenty (20) days of the filing of that Order, that complaint would be dismissed with prejudice upon no further notice to the parties.

///

///

////

///

///

1

No amended complaint has been filed. Accordingly, pursuant to the Court's prior Order, this case is DISMISSED with prejudice. The Clerk of the Court is directed to close this case.

    IT IS SO ORDERED.

Dated: November 5, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT